IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-431-K (02) |
| | ) | |
| ROBERT GEORGE POLLARD, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS AND RECOMMENDATION**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court corrects the Magistrate Judge's findings to reflect that the assault conviction occurred in 1991 not 2015. Even with that slight correction, none of Defendant's ailments have prevented him from criminal conduct. Further, Defendant Pollard has not shown the Court that he is not dangerous.

The objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Defendant's Sealed Motion for Sentence Reduction Pursuant to the Compassionate Release Statute 18 U.S.C. §3582(c)(1)(A)(ii) is DENIED.

SO ORDERED.

Signed September 15th, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE